THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT
 BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Donald Ray
 Perry, Appellant.
 
 
 

Appeal From Richland County
 James W. Johnson, Jr., Circuit Court
 Judge
Unpublished Op. No. 2007-UP-525
Submitted November 1, 2007  Filed
 November 13, 2007
AFFIRMED

 
 
 
 Chief Attorney Joseph L. Savitz, III, of Columbia; for Appellant
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Assistant
 Attorney General Julie M. Thames, all of Columbia; for Respondent.
 
 
 

PER CURIAM:  Donald Ray Perry appeals his
 sentence for voluntary manslaughter, arguing it was constitutionally
 disproportionate.  We affirm Perrys sentence pursuant to Rule 220(b)(2),
 SCACR, and the following authorities:  State v. Johnston, 333 S.C. 459,
 462, 510 S.E.2d 423, 425 (1999) ([T]his Court has consistently held that a
 challenge to sentencing must be raised at trial, or the issue will not be
 preserved for appellate review.); State v. Conally, 227 S.C. 507, 510, 88
 S.E.2d 591, 593 (1955) (This Court has no jurisdiction to disturb, because
 of alleged excessiveness, a sentence which is within the limits prescribed by
 statute, unless:  (a) the statute itself violates the constitutional
 injunction, [S.C. Const. art. I, § 15], against cruel and unusual
 punishment, or (b) the sentence is the result of partiality, prejudice,
 oppression, or corrupt motive.); State v. Kimbrough, 212 S.C. 348, 357,
 46 S.E.2d 273, 277 (1948) ([O]nly under rare and unusual circumstances will
 [an appellate court] interfere with the discretion of the trial judge in the
 imposition of a sentence.).[1]
AFFIRMED.
HEARN,
 C.J., KITTREDGE and THOMAS, JJ., concur.

[1]  We decide this case without oral argument pursuant
 to Rule 215, SCACR.